# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Calvert

FILED
OCT 26 2007
October 26, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PERSON REPRESENTED (Show your full name): Fred Calvert

☒ 1 Defendant - Adult
☐ 2 Defendant - Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

CHARGE/OFFENSE: ☒ Felony  ☐ Misdemeanor

DOCKET NUMBERS
District Court: 07 CR 707

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- Name and address of employer: _____
- IF NO, give month and year of last employment: Sept 2006
- How much did you earn per month? $725
- If married is your Spouse employed? N/A

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount: $50

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE
- Total No. of Dependents: 5

**DEBTS & MONTHLY BILLS**
APARTMENT OR HOME: none right now

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 10/26/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Fred Calvert