Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 707 - 3 | DATE | 10/31/2007 |
| CASE TITLE | USA vs. Fred Calvert | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to Preliminary Examination . Enter a Finding of Probable Cause. The Defendant is ordered Bound to the District Court for further proceedings. The Defendant waives his right to a detention hearing without prejudice to his right to address the issue of bond at a later date. The Defendant is detained until further order of Court.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | AC |
|---|---|---|