Minute Order Form (rev. 4/99)

MAGISTRATE JUDGE COX

07 GJ 991



UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE RONALD GUZMAN | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0707 | DATE | NOVEMBER 15, 2007 |
| CASE TITLE | US v. RODNEY TANNER, KEITH L. CALVERT & FRED D. CALVERT | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL JUNE 2007 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge Nan R. Nolan

Docket Entry:

NO BOND SET. DETAINED BY MAGISTRATE AS TO ALL DEFENDANTS.

FILED

NOV 1 5 2007 FO

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE ____________ (ONLY IF FILED UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | Number of notices | DOCKET# |
| No notices required. | | Date docketed | |
| Notices mailed by judge's staff. | | Docketing dpty. initials | |
| Notified counsel by telephone. | | Date mailed notice | |
| Docketing to mail notices | | Mailing dpty. initials | |
| Mail AO 450 form. | | | |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |