UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.  07 CR 707 |
| | ) | Judge Ronald A. Guzman |
| FRED CALVERT | ) | |

**AGREED MOTION TO EXTEND TIME FOR**
**THE FILING OF PRE-TRIAL MOTIONS**

NOW COMES the Defendant, FRED CALVERT, by his attorney, JERRY BISCHOFF, and moves this Honorable Court to Extend Time for the Filing of Pre-Trial Motions.  In support thereof, Defendant states as follows:

1. Defendant was arraigned on November 21, 2007 and entered a plea of not guilty to possession with intent to distribute cocaine pursuant to 18 U.S.C. §846; possession of a gun pursuant to 18 U.S.C. §924(c); and possession of a weapon by a felon pursuant to 18 U.S.C. §922(g);

2. This Court ordered a 16.1(a) conference to occur by November 30, 2007, ordered pre-trial motions to be filed by December 6, 2007, and set a status hearing for December 18, 2007.  Defense counsel just received the 16.1(a) material on December 4, 2007;

3. There are more than 250 pages of discovery and 18 disks of recordings.  Defense Counsel needs additional time to review discovery and prepare pre-trial motions;

4. Counsel requests that this court extend time to file pre-trial motions to January 2, 2008;

5. Counsel has spoken to AUSA Ed Siskel and he does not oppose counsel's motion;

6. Co-counsel has filed an identical motion requesting an extension of time;

WHEREFORE, the Defendant, FRED CALVERT, requests that this Honorable Court extend time to file pre-trial motions until January 2, 2007.

                                            Respectfully submitted,

                                   S/  Jerry Bischoff
                                            Jerry Bischoff, Attorney for
                                            Fred Calvert

Jerry D. Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, IL 60601
(312) 853-2167