UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No.  07 CR 707 |
| | ) | Judge Ronald A. Guzman |
| **FRED CALVERT** | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

_____The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the Gerneral Order on Electronic Case Filing (ECF), the following documents:

**DEFENDANT'S MOTION TO EXTEND TIME FOR THE FILING OF PRE-TRIAL MOTIONS**

were served pursuant to the district court's ECF system as to ECF filers on December 6, 2007.

                Respectfully submitted,

            By: s/<u>Jerry D. Bischoff</u>
               Jerry D. Bischoff

Jerry D. Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 853-2167