UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.  07 CR 707 |
| | ) | Judge Ronald A. Guzman |
| FRED CALVERT | ) | |

## NOTICE OF FILING

To:  Edward Siskel
     Assistant United States Attorney
     219 S. Dearborn Street
     Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on December 11, 2007 at 9:30 a. m., I will appear before the Honorable Judge Ronald A. Guzman in courtroom 1219 at 219 S. Dearborn Ave and present the attached Motion to Extend Time to File Pre-Trial Motions, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

_____The undersigned certifies that on the 7th day of December, 2007, he caused a copy of the above-mentioned document to be sent via facsimile transmission and the U.S. mail, first-class postage-prepaid to the above-named persons.

                                    Respectfully submitted,


                                    s/: Jerry Bischoff
                                        Jerry Bischoff
                                        35 E. Wacker Drive, Suite 650
                                        Chicago, IL 60601
                                        (312) 853-2167