# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 707 - 3 | **DATE** | 1/9/2008 |
| **CASE TITLE** | USA vs. FRED D. CALVERT, JR. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 2/13/08 at 10:30 a.m. Government's oral motion to exclude time is granted. Time is ordered excluded pursuant to Title 18 U.S.C. Section 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|