Date: 04-04-08

To:Jerry Biscoff
d.b.a Jerry Biscoff Attorney at Law
35 E Wacker Dr. Suite 650
Chicago,Illinois 60601

NON-NEGOTIABLE NOTICE OF ACCEPTANCE
and/or
LETTER OF INQUIRY
REQUEST FOR INFORMATION

Please take NOTICE that as of date of this filing there exist no contract between I,Fred Douglas Calvert Secured Party Creditor,flesh and blood-living breathing man or(sentient moral being)and you Fred D. Calvert Secured Party Creditor,flesh and blood-living breathing man or(sentient moral being)and/or agreement allowing you to perform any action or inaction in my behalf.

The government is trying to force you upon me as Standby Counsel"to effectuate a psychiactric or psychological examination"which is a violation of the 6th Amendment which is a binding contract upon any officer who took an Oath or made an Affirmation to support it.

Supreme Court Justice Antonin Scalia,writing for a 54 majority said'root meaning'of the 6th Amendment's guarantee of the right to counsel,and when that right is violated,the defendant's conviction must be reversed-whether or not the violation resulted in an unfair trial."Deprivation of the right is'complete'when the defendant is erroneously prevented from being represented by the lawyer he wants,regardless of the quality of representation that he received."(See for reference Gonzalez v. Lopez 165 L.ED 2.d 409)

Otherwise please take NOTICE that I, Fred Douglas Calvert Secured Party Creditor, flesh and blood-living breathing man or (sentient moral being) is willing accept for value your "offer to be my private lawyer" and return for value your "offer to be my private lawyer" only under the condition that you agree to preform the following duties:

1. Represent me in my private capacity as the Secured Party Creditor, and Third Party Intervenor in this matter to title over the property.
2. Do not argue the facts;
3. Prepare an appropriate defence for why I can not in good faith participate in a fraud by consenting to a psychological examination on a Order that does not bear my true name.
4. Prepare an appropriate defence for why I am not liable for the charges against my debtor.
5. Request the court issue to me an appearance bond based on my personal recognizance and waive all public cost;
6. Request the court close the account #07 CR 707 and release the Order to me immediately.
7. Request the court set off and adjust all public charges with my exemption in accordance with UCC 3-419, House Joint Resolution 192 of 1933, and Public Law 73-10;
8. Request that the court release me from my illegal incarceration immediately.

Furthermore, I Fred Douglas Calvert, Secured Party Creditor, flesh and blood-living breathing man or (sentient moral being) request that you provide the following information pursaunt to the State's Public Disclosure Law(s), in request to the right to redress of grievance as stipulated in the Constitution of/for the United States of America. This request is further made pursuant to Title 42 U.S.C Sections 1986, 1985, 1983, and Title 18 U.S.C & 1621.

The Secured Party request that you produce certified copies of the following instrument(s).
1. Oath of Office(Title 5 U.S.C & 3331)
2. Officer Affidavit(Title 5 U.S.C & 3332)
3. Employee Affidavit(Title 5 U.S.C & 3333)
4. Surty Bond(Title 5 U.S.C & 2901)
5. Registration(Title 22 U.S.C & 611,612)

The Secured Party also request that you provide certified copies of any contracts(s) in which the Secured Party has ever Waived his unsalienable right(s)and/or that the Secured Party has ever agreed to be treated as a colorable person under military rule of the District of Columbia's corporate franchise"STATE OF ILLINOIS".
You are hereby granted (10) days from this _9th_ day of _April_,A.D 2008 with the exception of the (3) days required for return mailing,to provide the above requested Documents/Information/Instruments.
NOTICE: Any response to this NON-NEGOTIABLE NOTICE OF ACCEPTANCE and/or LETTER OF INQUIRY REQUEST FOR INFORMATION must be to the Secured Party at the following address:Fred Douglas Calvert 71 West Van Buren,Chicago Illinois[60605].
Furthermore "silence can only be equated with fraud wherethere is a legal moral duty to speak where an inquiry left unanswered would be intentionally misleading".(See for reference U.S v Tweel 550 F.2d 2 97-300.

    Your failure to provide the Documentation/Information/Instrument(s) requested or agree to the above mentioned conditions will be primafacie evidence by tacit procuration that no such authority or Documentation/Information/Instrument(s) exist and/or a refusal to repsent this Secured Party Creditor under the above mentioned NON-NEGOTIABLE conditions.
Ithank you in advance for your prompt attention in this matter.

Respectfully Submitted,

Without Prejudice

Restricted Signature:   By _/s/ Fred Douglas Calvert_
Fred Douglas Calvert
Secured Party Creditor
Trade Name Owner
Authorizaed Representative,
Attorney-In-Fact in behalf
of FRED CALVERT_, ENG LEGIS.

Witness of Signature:

KERMIT MOORE, CASE MANAGER
AUTHORIZED BY ACT OF 7-7-55,
AS AMENDED TO ADMINISTER OATHS
(10USC 4004)   4/5/8