**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                                         Plaintiff,

v.                                                       Case No.: 1:07−cr−00707
                                                         Honorable Ronald A. Guzman

Rodney Tanner, et al.
                                         Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

         MINUTE entry before Judge Honorable Ronald A. Guzmanas to Fred D Calvert, Jr: It is hereby ordered that the Federal Defender appoint an attorney for defendant Fred D. Calvert, Jr. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.