IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 6 2008
JUN 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
Plaintiff )
)
) Judge: RONALD A GUZMAN
vs. )
) Case No: 07 CR 707
)
FRED CALVERT )
Defendant )

## MOTION FOR SUBSTITUTION OF COUNSEL

Now comes the defendant, FRED CALVERT, Pro Se, by and through his own means and requests the Court to enter an order to schedule a hearing on THE MOTION FOR SUBSTITUTE COUNSEL, and in support thereof states:

1. That attorney, THOMAS M LIENENWEBER, was appointed by this court to the Criminal Justice Act to represent the defendant, FRED CALVERT, in the case before bar.

2. Defendant has irreconcilable differences with Counsel of record that has resulted in the total lack of communication preventing an adequate defense in the case before bar, within the meaning of UNITED STATES v. BJORKMAN, 270 F. 3d 482 (7th. Cir. 2001).

WHEREFORE, defendant, FRED CALVERT, Pro Se, to move this Honorable Court to schedule a hearing on the matter.

Prepared by,
FRED CALVERT
Defendant
(Pro Se Motion)

Defendant-Pro Se

T MOORE, CASE MANAGER
BY ACT OF 7-7
TO ADMINISTER OATHS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>__FRED CALVERT__<br>Defendant | Judge: __RONALD A GUZMAN__<br><br>Case No: __07 CR 707__ |

## PROOF OF SERVICE

__FRED CALVERT__, Pro Se, certifies under the penalty of perjury, that he served a copy of this notice and the attached pleading on the parties to whom it is directed by mailing said copy postage prepaid into a depositry marked legal mail located within the Metropolitan Correctional Center, 71 W. Van Buren St., Chicago, Il. 60605 on the __JUNE__ day of __2__, 2008.

*[signature: Fred Calvert]*

__FRED CALVERT__ (print), Pro Se
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL. 60605

*[signature] 6/3/08*
T MOORE, CASE MANAGER
ED BY ACT OF 7-7
ED TO ADMINISTER OATHS
(  4004)