IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 6 2008
JUN 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
Plaintiff )
)
) Judge: RONALD A GUZMAN
)
vs. ) Case No: 07 CR 707
)
FRED CALVERT )
Defendant )

NOTICE OF MOTION

To: ASSISTANCE UNITED STATES ATTORNEY     ATTORNEY AT LAW

EDWARD SISKEL                             THOMAS MORE LIENENWEBER

219 s. DEARBORN STREET                    321 S. PLYMOUTH COURT SUITE 1100

CHICAGO, ILLINOIS 60604                   CHICAGO, ILLINOIS 60604

PLEASE TAKE NOTICE that on JUNE, 2, 2008 I, FRED CALVERT, defendant, have mailed a NOTICE OF MOTION and NOTICE FOR SUBSTITUTION OF COUNSEL with a PROOF OF SERVICE to the above parties along with copies to the District Clerk's Office at 219 s. Dearborn St., Chicago, Il. 60604

*Fred Calvert*

FRED CALVERT           (Pro Se Motion)
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago. Il. 60605