# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:07−cr−00707
　　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

Rodney Tanner, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Ronald A. Guzmanas to Fred D Calvert, Jr,: Pretrial conference held on 6/20/2008 and continued to 6/23/2008 at 03:30 PM. In the interest of justice, Governments oral motion to exclude time is granted. Time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.