## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 707 - 3 | **DATE** | 6/24/2008 |
| **CASE TITLE** | USA vs. FRED CALVERT | | |

**DOCKET ENTRY TEXT**

Status hearing held. Jury trial set for 7/7/08 is stricken. Defendant's motion to dismiss to be filed on or before 7/8/08. Response due 7/11/08. Reply due 7/18/08. Ruling to be by mail. In the interest of justice, Government's oral motion to exclude time is granted. Time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). (X-T1)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CG |
|---|---|---|