IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 CR 707 |
| v. | ) |
| | ) Judge Ronald Guzman |
| FRED CALVERT, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING**

To: Mr. Ed Siskel
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

PLEASE take notice that on July 9, 2008, I filed the attached **DEFENDANT FRED CALVERT'S MOTION TO DISMISS COUNT I OF THE INDICTMENT** with the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you via electronic filing.

/s/Thomas More Leinenweber
Thomas More Leinenweber

**PROOF OF SERVICE**

I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list via e-mail on July 9, 2008.

/s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1515
Chicago, Illinois 60604
(312) 663-3003